SD/FL PACTS NO. 70881

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 01-6280-CR-GOLD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Richard W. Waters

    Defendant.
_____/

### CONSENT AGREEMENT

The United States of America and Richard W. Waters, hereby stipulate and agree to enter into a payment schedule to satisfy the $ 2,907,884.79 restitution imposed in the Judgment and Probation Commitment Order entered herein on August 28, 2002, against Defendant Richard W. Waters, pursuant to the following terms.

1.    The defendant, Richard W. Waters, shall pay the restitution balance of $ 2,892,639.53, plus any statutory interest pursuant to 18, USC, 3612(f) to the United States of America at the rate of $ 120 per month, beginning the first day of the month following expiration of supervision and each month thereafter until the obligation is paid in full, or the expiration of 20 years plus time of incarceration pursuant to 18, USC, Section 3613(b), which ever occurs first.

SD/FL PACTS NO. 70881

2. The Defendant Richard W. Waters, shall send the monthly payments by cashier's check or money order, made payable to the Clerk, U.S. District Court, Southern District of Florida and mailed to the:

> Clerk of the Court
> U.S. District Court
> Southern District of Florida
> Financial Section
> 301 North Miami Avenue, Room 150
> Miami, Florida 33128

**The case number and defendant's name must be printed on the check.**

3. The Defendant, Richard W. Waters, agrees to submit an updated Financial Statement to the United States for review annually upon demand. Upon the review of the Financial Affidavit, the monthly amount may be increased or decreased accordingly or a lump sum payment may be demanded if it is determined that the defendant has the assets to pay all or a substantial portion of the restitution.

4. The Defendant, Richard W. Waters, consents that the United States may still apply towards the balance of the restitution, any I.R.S. tax refund due the defendant, through the I..R.S. Offset program pursuant to 31, USC, Section 3720 A.

5. The parties agree that in the event of a default in the aforesaid monthly payments which extends beyond the due date of the third regular monthly installment, the United States shall be entitled to pursue legal remedies to seek collection of the balance of the judgment.

6. The Defendant, Richard W. Waters, shall be obligated to notify the United States Attorney's Office, Southern District of Florida, Financial Litigation Unit, 99 N.E. 4th Street, Suite 300, Miami, Florida 33132, of any change of address while said judgment is outstanding.

SD/FL PACTS NO. 70881

7. The parties agree that upon the complete satisfaction of the $ 2,907,884.79 restitution judgment entered herein, the Defendant shall be entitled to have it marked as satisfied upon the records of this Court and upon the records of any other Court in which it may be recorded.

The parties consent to the terms of the above-specified agreement.

_____ 8/6/07
Defendant: Richard W. Waters

By: _____

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

Elizabeth Ruf Stein
Assistant U.S. Attorney
Financial Litigation Unit
99 N.E. 4th Street, #313
Miami, Florida 33132-2111
Phone: (305) 961-9313
Fax: (305) 530-7195
FL Bar No: 354945
Email: elizabeth.stein@usdoj.gov

_____
Lynell Fahie
U.S. Probation Officer
Address: 10300 Sunset DR, Ste 351
Miami, FL 33173
Phone: (305) 412-2313
Fax: (305) 279-7713