UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 01-6280-CR-GOLD

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

RICHARD W. WATERS,

       Defendant.
_____/

**ORDER RATIFYING CONSENT AGREEMENT**

       THIS CAUSE came before the Court upon the submission by the parties of a Consent Agreement.  The Court having reviewed the issues at hand and being otherwise fully advised in the premises, it is hereby

       ORDERED AND ADJUDGED that the above-specified Consent Agreement, is hereby ratified and approved.  The restitution order entered herein, shall be paid according to the agreed schedule.

       DONE AND ORDERED in Chambers, at Miami, Florida this 18th day of September, 2009.

                                    ALAN S. GOLD
                                    UNITED STATES DISTRICT JUDGE

cc:    Elizabeth Ruf Stein, AUSA
        Richard W. Waters, Defendant
        Lynell Fahie, USPO SDFL